United States District Court
Southern District of Texas

**ENTERED**

October 10, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Willie Lewis McDowell, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-2893 |
| | § | |
| Lorie Davis, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On September 9, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (14) recommending that the court deny Willie Lewis McDowell's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed October __9__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge